# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



FILED

11:12 am, 5/27/25

**Margaret Botkins
Clerk of Court**

UNITED STATES OF AMERICA

Plaintiff

vs.

YONAIKER ALEXANDER FERNANDEZ PEDRON

Defendant.

Case Number: 2:25-CR-88-ABJ

Date 5/27/2025   Time 9:41am - 9:45am   Before the Honorable   Scott P. Klosterman

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Arraignment  ☐ Rule 5

☑ Initial Appearance  ☐ Detention Hearing  ☐ Preliminary Hearing  ☐ Removal Hearing

☐ Other

Offense: 1: 18 U.S.C. §§ 2113(b) and 371 Conspiracy to Commit Bank Theft; 2: 18 U.S.C. §§ 2113(c) and 2 Bank Theft

| Brandi Robinson | FTR Recording | Kristen Simmer |
|---|---|---|
| Clerk | Digital Recording | Probation Officer |
| Seth Griswold | N/A | N/A |
| Asst. U.S. Attorney | Marshal | Interpreter |

Appeared   ☐ Voluntarily   ☐ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given.

Attorney appearing  Tracy Hucke

☑ FPD   ☐ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

**Initial appearance**   Date _____

(Comments) Hearing held via Zoom. Defendant is in ICE custody in CO and did not appear. Government informed the Court that an immigration

WY53

Rev. 11/22/2024

removal hearing was held and the defendant waived all rights. Defendant will be removed from the country within a few weeks. AUSA Griswold is working to determine next steps.

☐ Defendant committed to custody of U.S. Marshal
☐ Preliminary hearing waived
☐ Preliminary / Final revocation hearing waived
☐ Removal hearing waived

☐ Arraignment set for:
Date _____   Time _____   Judge _____

☐ Preliminary hearing set for:   Date _____   Time _____
Judge _____   in

☐ Revocation hearing set for:   Date _____   Time _____
Judge _____   in

☐ Detention hearing set for:
Date _____   Time _____   Judge _____

☐ Removal hearing set for:
Date _____   Time _____   Judge _____

☐ Court orders defendant held to answer to U.S. District Court, District of _____
☑ Other  The initial appearance has been vacated pending an update from Mr. Griswold.