Z. Seth Griswold
Wyoming State Bar No. 7-5809
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
seth.griswold@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>**YONAIKER ALEXANDER FERNANDEZ PEDRON,**<br><br>　　　　　　Defendant. | Criminal No. 25-CR-88-J |

## MOTION FOR LEAVE OF COURT TO FILE DISMISSAL OF INDICTMENT AS TO DEFENDANT YONAIKER ALEXANDER FERNANDEZ PEDRON WITHOUT PREJUDICE

The United States Attorney for the District of Wyoming moves the Court for leave to file a dismissal without prejudice of the Indictment against the Defendant Yonaiker Alexander Fernandez Pedron in the above-entitled case pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure for the reason that the Defendant has been removed from the United States by the United States Department of Homeland Security, Immigration and Customs Enforcement.

DATED this 2nd day of December, 2025.

　　　　　　　　　　　　　　　　　　　　DARIN D. SMITH
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　By:　　*/s/ Z. Seth Griswold*
　　　　　　　　　　　　　　　　　　　　Z. SETH GRISWOLD
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December, 2025, the foregoing was electronically filed and consequently served on defense counsel.

                                                /s/Andi M. Shaffer
                                      For the United States Attorney's Office